Form B6C - (6/90)                                                                  1998 USBC, Central District of California

| In re | Stuart Krupoff | | Case No.: | |
|---|---|---|---|---|
| | Chung Hi Lee Krupoff | Debtor. | SA04-14374JR | (If known) |

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1)    Exemptions provided in 11 U.S.C. § 522(d).    **Note: These exemptions are available only in certain states.**

☒ 11 U.S.C. § 522(b)(2)    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY, WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| 1 Dog<br>5 Fish<br>In Debtors' Possession | C.C.P. § 704.020 | 6.00 | 6.00 |
| 10,000 Photographs of Sites Around The World<br>In Debtors' Possession | C.C.P. § 704.020 | 1,000.00 | 1,000.00 |
| 1996 Chrysler Sebring Convertable<br>Mileage: 80,000<br>In Debtors' Possession | C.C.P. § 704.010 | 2,300.00 | 3,500.00 |
| 2000 Chevrolet Suburban<br>Mileage: 81,000<br>In Debtors's Possession | C.C.P. § 704.060 | 4,850.00 | 13,000.00 |
| Artwork<br>In Debtors' Possession | C.C.P. § 704.040 | 1,500.00 | 1,500.00 |
| Books, CDs, Tapes and Other Collectables<br>In Debtors' Possession | C.C.P. § 704.020 | 1,000.00 | 1,000.00 |
| Cash<br>In Debtors' Possession | C.C.P. § 704.070 | 21.00 | 28.00 |
| Checking Account<br>Ironstone Bank -<br>Rancho Santa Margarita, CA | C.C.P. § 704.070 | 4.00 | 6.00 |
| Debtors' Residence<br>32285 Mill Stream Road<br>Trabuco Canyon, CA 92679 | C.C.P. § 704.730(a)(2) | 75,000.00 | 510,000.00 |
| Digital Cameras, Lighting Equipment, Backgrounds, Props,<br>In Debtors' Possession | C.C.P. § 704.060 | 1.00 | 5,000.00 |
| Electronic Business Equipment<br>In Debtors' Possession | C.C.P. § 704.060 | 1.00 | 5,000.00 |

Form B6C - (6/90)                                                                                          1998 USBC, Central District of California

| In re | Stuart Krupoff | | Case No.: | |
|---|---|---|---|---|
| | Chung Hi Lee Krupoff | Debtor. | SA04-14374JR | (If known) |

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY, WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| Furniture, Appliances and Other Household Items In Debtors' Possession | C.C.P. § 704.020 | 3,000.00 | 3,000.00 |
| Hair Cutting/Styling Equipment and Accessories In Debtors' Possession | C.C.P. § 704.060 | 100.00 | 100.00 |
| Personal and Family Clothing In Debtors' Possession | C.C.P. § 704.020 | 500.00 | 500.00 |
| Personal Checking Account Bank of America - Laguna Beach, CA | C.C.P. § 704.070 | 225.00 | 300.00 |
| Personal Checking Account Ironstone Bank Rancho Santa Margarita, CA | C.C.P. § 704.070 | 1,875.00 | 2,500.00 |
| Personal Jewelry In Debtors' Possession | C.C.P. § 704.040 | 300.00 | 300.00 |
| Sports Equipment, Personal Camera and Photographic Supplies In Debtors' Possession | C.C.P. § 704.020 | 600.00 | 600.00 |
| Universal Life Insurance Policy Allstate Insurance Agency | C.C.P. § 704.100(b) | 1.00 | 1.00 |
| Universal Life Insurance Policy Lincoln Insurance Company | C.C.P. § 704.100(b) | 1.00 | 1.00 |
| Various Photographs of Clients In Debtors' Possession | C.C.P. § 704.020 | 100.00 | 100.00 |