Form B6D - (12/03)                                                                 2003 USBC, Central District of California

| In re | Stuart Krupoff | | Case No.: | |
|---|---|---|---|---|
| | Chung Hi Lee Krupoff | Debtor. | SA04-14374JR | (If known) |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  4061<br>American Express Business Finance<br>P.O. Box 660631<br>Dallas, TX 75266-0631 | | | 03/03<br>Security Agreement<br>Electronic Business Equipment<br>In Debtors' Possession<br><br>VALUE $5,000.00 | | | | 9,700.00 | 4,700.00 |
| ACCOUNT NO.  7826<br>GMAC<br>P.O. Box 6009<br>Inglewood, CA 90312-6009 | | | 5/00<br>Security Agreement<br>2000 Chevrolet Suburban<br>Mileage: 81,000<br>In Debtors's Possession<br><br>VALUE $13,000.00 | | | | 7,000.00 | 0.00 |
| ACCOUNT NO.  1731<br>M4J Partners<br>21 Sunrise<br>Irvine, CA 92612 | | | 5/04<br>Second Lien on Residence<br>Debtors' Residence<br>32285 Mill Stream Road<br>Trabuco Canyon, CA 92679<br><br>VALUE $510,000.00 | | | | 200,000.00 | 0.00 |
| ACCOUNT NO.  5106<br>Orange County Tax Collector<br>12 Civic Center Plaza, #G58<br>Santa Ana, CA 92701 | | | 12/03<br>Statutory Lien<br>Debtors' Residence<br>32285 Mill Stream Road<br>Trabuco Canyon, CA 92679<br><br>VALUE $510,000.00 | | | | 1,498.00 | 55,600.00 |
| ACCOUNT NO.  9569<br>Washington Mutual Bank<br>P.O. Box 60800<br>Los Angeles, CA 90060 | | | 10/02<br>First Lien on Residence<br>Debtors' Residence<br>32285 Mill Stream Road<br>Trabuco Canyon, CA 92679<br><br>VALUE $510,000.00 | | | | 322,000.00 | 0.00 |

0 Continuation sheets attached

Subtotal  $540,198.00
(Total of this page)
Total  $540,198.00

(Report total also on Summary of Schedules)