Form B6F (Official Form 6F) - (Rev. 12/03)                                                                2003 USBC, Central District of California

| In re | Stuart Krupoff | | Case No.: | |
|---|---|---|---|---|
| | Chung Hi Lee Krupoff | Debtor. | SA04-14374JR | (If known) |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  1731<br>Adriana Bax<br>Korte Prinsengracht 16B<br>Amsterdam, Holland 1013 GS | | | 10/03<br>Personal Loan | | | | 20,000.00 |
| ACCOUNT NO.  01200-166503511<br>ADT Security Services, Inc.<br>P.O. Box 96175<br>Las Vegas, NV 89193 | | | 02/04<br>Security System for Business | | | | 1,847.14 |
| ACCOUNT NO.  4009<br>American Express<br>P.O. Box 0001<br>Los Angeles, CA 90096-0001 | | | 07/04<br>Misc. Purchases | | | | 2,800.00 |
| ACCOUNT NO.  2008<br>American Express<br>82965 W. Corporate Lakes Blvd.<br>Weston, FL 33331<br><br>Dand B RMS<br>4836 Brecksville Rd.<br>Richfield, OH 44286 | | | 10/03<br>Misc. Purchases | | | | 2,397.00 |

_4_ Continuation sheets attached

Subtotal ▶  $27,044.14

Total ▶

Form B6F (Official Form 6F) - (Rev. 12/03)                                                                2003 USBC, Central District of California

| In re | Stuart Krupoff | | Case No.: | |
|---|---|---|---|---|
| | Chung Hi Lee Krupoff | Debtor. | SA04-14374JR | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4352<br>Arroyo Crossroads II, LLC<br>c/o Remarc Property Mgmt<br>23201 Lake Center Dr. #207<br>Lake Forest, CA 92630<br><br>Aaron J. Malo<br>Sheppard, Mullin, Richter & Hampton<br>650 Town Center Drive<br>Costa Mesa, CA 92626 | | J | 2003<br>Business Property Lease Contract | | X | | 100,000.00 |
| ACCOUNT NO. 4853<br>Bank of America<br>P.O. Box 53132<br>Phoenix, AZ 85072 | | | 10/03<br>Misc. Purchases | | | | 8,315.00 |
| ACCOUNT NO. 0090<br>Bank of America<br>P.O. Box 5270<br>Carol Stream, IL 60197-5270 | | | 10/03<br>Misc. Purchases | | | | 4,795.00 |
| ACCOUNT NO. 5658<br>Bank One<br>P.O. Box 50882<br>Henderson, NV 89016 | | | 9/03<br>Misc. Purchases | | | | 11,524.00 |
| ACCOUNT NO. 7265<br>Citibank<br>P.O. Box 6000<br>The Lakes, NV 89163 | | | 10/03<br>Misc. Purchases | | | | 27,988.00 |

Sheet no. 1 of 4 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) ➤ **$152,622.00**

Total (Use only on last page of the completed Schedule F.) ➤

Form B6F (Official Form 6F) - (Rev. 12/03)                                                                               2003 USBC, Central District of California

| In re | Stuart Krupoff Chung Hi Lee Krupoff | Debtor. | Case No.: SA04-14374JR | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4413755<br>DIRECTV, Inc.<br>Customer Service<br>P.O. Box 70014<br>Boise, ID 83707-0114 | | | 02/04<br>Cable services | | | | 29.39 |
| ACCOUNT NO. 1731<br>Dr. Cho<br>1370 Dana Place<br>Fullerton, CA 92631 | | | 11/03<br>Personal Loan | | | | 5,000.00 |
| ACCOUNT NO. 3303<br>Fanfare Media Works<br>5435 Balboa Bl., Ste. 103<br>Encino, CA 91316<br><br>Gilbert Mofet, Esq.<br>5430 E. Beverly Bl., Ste. 250<br>Los Angleles, CA 90022 | | | 6/03<br>Advertising | | | X | 1,878.00 |
| ACCOUNT NO. 1731<br>Louise Outer<br>8 Robin Lane<br>Beacon, NY 12508 | | | 11/03<br>Personal Loan | | | | 3,000.00 |
| ACCOUNT NO. 1731<br>Martin Krupoff<br>21 Sunrise<br>Irvine, CA 92614 | | | 11/03<br>Personal Loan | | | | 5,000.00 |

Sheet no. 2 of 4 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)   $14,907.39

Total ➤ (Use only on last page of the completed Schedule F.)

Form B6F (Official Form 6F) - (Rev. 12/03)                                                                    2003 USBC, Central District of California

| In re | Stuart Krupoff Chung Hi Lee Krupoff | Debtor. | Case No.: SA04-14374JR | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 949 589-2800 718 2 <br> SBC <br> Payment Center <br> Sacramento, California 95887-0001 | | | 02/04 <br> Business Telephone Services | | | | 507.73 |
| ACCOUNT NO. 2-24-369-3694 <br> Southern California Edison Co. <br> P.O. Box 600 <br> Rosemead, CA 91771-0001 | | | 03/04 <br> Electricity Services | | | | 12.17 |
| ACCOUNT NO. 6968 <br> Sprint <br> P.O. Box 79357 <br> City of Industry, CA 91716 | | | 11/03 <br> Utility Bill | | | | 1,091.00 |
| ACCOUNT NO. 1731 <br> The Bloomfield Group <br> 24532 Quintana Dr. <br> Mission Viejo, CA 92651 | | | 7/03 <br> Marketing/Design Services | | | | 584.00 |
| ACCOUNT NO. 1731 <br> Thomas Doerfelt <br> Richard Wagner Str. 12 <br> Wuerzburg, Germany 97074 | | | 9/02 <br> Personal Loan | | | | 15,000.00 |

Sheet no. 3 of 4 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) ➤ $17,194.90

Total (Use only on last page of the completed Schedule F.) ➤

Form B6F (Official Form 6F) - (Rev. 12/03)

2003 USBC, Central District of California

| In re | Stuart Krupoff | | Case No.: | |
| | Chung Hi Lee Krupoff | Debtor. | SA04-14374JR | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1731 West Coast Directories, Inc. 647 Camino de los Mares #108/243 San Clemente, CA 92673 | | | 03/04 Yellow Pages Advertising | | | | 98.00 |

Sheet no. 4 of 4 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  $98.00

Total (Use only on last page of the completed Schedule F.)  $211,866.43

(Report also on Summary of Schedules)